PER CURIAM.
The wife appeals from a final judgment of dissolution. She is dissatisfied with the financial provisions of the judgment. We have reviewed the award with regard to the record and the advices of counsel. It is our conclusion from the appellate level that there has been no demonstration of an abuse of discretion so as to merit a reversal. Lang v. Lang, 280 So.2d 11 (3d D.C.A.Fla.1973); Scott v. Scott, 285 So.2d 423 (2d D.C.A.Fla.1973); Fishman v. Fishman, 245 So.2d 258 (3d D.C.A.Fla.1971); see Doane v. Doane, 279 So.2d 46 (4th D.C.A.Fla.1973); King v. King, 271 So.2d 159 (1st D.C.A.Fla.1973); Swain v. Swain, 270 So.2d 747 (2d D.C.A.Fla.1972); Ray v. Ray, 247 So.2d 473 (3d D.C.A.Fla.1971).
We are mindful that the wife has the right to apply for modification if there should be a change in the circumstances of the parties. Fla.Stat. 61.14, F.S.A., (1971); see Carmel v. Carmel, 282 So.2d 6 (3d D. *140 C.A.Fla.1973); Wilson v. Wilson, 279 So. 2d 893 (4th D.C.A.Fla.1973).
Affirmed.
WALDEN and DOWNEY, JJ., and WADDELL, TOM, Jr., Associate Judge, concur.